**UNITED STATES of America,
Appellee,**

v.

**Deon Leshawn HOLMES, also known
as Green Eyes, also known as Deon
Lashawn Holmes, Appellant.**

No. 09–3756.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 15, 2010.

Filed: July 20, 2010.

Ann Anaya, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Deon Leshawn Holmes, Anoka, MN, pro se.

Thomas C. Plunkett, Plunkett Law Office, St. Paul, MN, for Appellant.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Deon Holmes pleaded guilty to conspiring to distribute 500 grams or more of cocaine and 50 grams or more of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. The district court[1] departed below the Guidelines imprisonment range of 151–188 months and the 10–year statutory minimum to impose a sentence of 108 months in prison. On appeal, Holmes's counsel has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), suggesting that the sentence should have been lower.

We find no abuse of discretion, as the district court correctly calculated the Guidelines range, granted the government's motion for downward departure under U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e), and explained the resulting sentence. *See United States v. Berni,* 439 F.3d 990, 992–93 (8th Cir.2006) (per curiam) (reviewing sentence involving § 5K1.1 downward departure for reasonableness using abuse-of-discretion standard; sentence was reasonable where court correctly calculated Guidelines

---

1. The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota.

range, permissibly applied § 5K1.1 departure, and considered resulting adjusted range and 18 U.S.C. § 3553(a) factors); *see also United States v. Haack,* 403 F.3d 997, 1002–03 (8th Cir.2005) (district court must first calculate appropriate advisory Guidelines range, then consider whether traditional departures apply, and then consider § 3553(a) factors in deciding whether to vary). Having reviewed the record under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for review. Accordingly, we affirm, and we grant counsel leave to withdraw.